⑥.

9/12/08

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:08CV002681

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Rodney Watson
ADC # _____

Address: 218 W 22 L.R., ARK. 72204

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Eisele
and to Magistrate Judge Ray

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Saline Co. Jail

Position: _____

Place of employment: _____

Address: 735 Neely St. Benton, ARK. 72015

Name of defendant: _____

Position: _____

Place of employment: _____

⑦

9/12/08

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___   *in progress*, I wRote Peter Miller o letter, No Response yet.

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: *Rodney L Watson*

Defendants: *Saline Co. Jail*

☐ Court (if federal court, name the district; if state court, name the county):

⑧.                                                                                                          9/12/08

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: **Saline Co. Jail**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___   No ___



9/12/08

If not, why? I Never got a response back from the grievance

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above date and 9/7/08 - 12:00 A.M., during Pill call I Rodney L. Watson was given the wrong amount of Medication, due to fact that the faciley dont have a P.A. doctor, the jailers are handing out meds, whom which are Not lience to due so, and that's why I was issued the wrong amount of Medication Which has me off balance, and Not feeling Well, even at this point I have Not seen a doctor, and the illiness is getting worser and worser. I've put in Seavel Request through the chain of Command and didn't get a response, So I decided to take legel action.

Sincely
Rodney



VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Would like to Sue the State and Saline County Jail, for Neglectigents

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 12 day of September, 20 08.

Rodney Watson

Rodney Watson
Signature(s) of plaintiff(s)

(15.) Need Copy of this Medical Sheet

# SALINE COUNTY SHERIFF'S OFFICE
# DETAINEE MEDICAL REQUEST FORM

**PRINT DETAINEE NAME:** Rodney Watson
**DOB:** 8/30/66
**DATE/TIME:** 9/11/08

**PRESCRIPTION MEDICATIONS DETAINEE IS TAKING:**

**MEDICAL COMPLAINT** (FILLED OUT BY DETAINEE OR JAILER) PAIN LEVEL 1 TO 10: 7

I am steal haveing problem with dizziness, my headaches are still in and out my vision is ~~~~~ still weak. I put a medical sick call sheet in yesterday and never heard word back. I need to see a doctor. Thank you.

**JAILERS OBSEVATIONS:** I observed inmate complaining about headache and dizziness and fao[ld] medical request.

**ACTION TAKEN (CHECK ALL THAT APPLY)**

___ DETAINEE GIVEN OTC MEDICATIONS
___ DOCTORS APPOINTMENT MADE FOR DETAINEE
___ ORDERED PRESCRIPTIONS FOR DETAINEE
___ BLOOD PRESSURE TAKEN          RESULTS: _____
___ TEMPERTURE TAKEN              RESULTS: _____
___ BLOOD SUGAR CHECKED           RESULTS: _____
___ DETAINEE PUT IN MEDICAL UNIT FOR OBSERVATION
___ JAIL ADMINISTRATION CONTACTED

**DETAINEES SIGNATURE:** Rodney Watson
**JAILERS SIGNATURE (PRINT):** Melissa Holcombe  # 838
**JAIL ADMINISTRATIOR SIGNATURE:** ~~Rodney~~ Watson

NO Action taken

(16)

I Need copy of this Grievance

NO Action taken

# JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY

**INSTRUCTIONS:** Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed form, write GRIEVANCE on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the APPEAL block.

**NAME:** Rodney Watson       **CELL:** 5
**DATE:** 9/10/08
**GRIEVANCE:** X
**APPEAL:** ___

**PROBLEM:** I put in a medical complate sheet yesterday morning and never got a response back. I ask for a copy of the medical sheet also. I don't know who picked up the medical form so I am filing this Grievance again medical.

I need to see a doctor.

Rodney Watson

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE:** I'll let the Cpl know

## SALINE COUNTY SHERIFF'S OFFICE
## DETAINEE MEDICAL REQUEST FORM

PRINT DETAINEE NAME: Rodney Watson
DOB: 8/30/66
DATE/TIME: 9/12/08 - 12:00

PRESCRIPTION MEDICATIONS DETAINEE IS TAKING: ___

MEDICAL COMPLAINT (FILLED OUT BY DETAINEE OR JAILER) PAIN LEVEL 1 TO 10: 7

I woke-up this morning with a very bad headache, my vision was blurry and I was very dizzy. I've been having this problem since 9/8/08. I also held writing medical since 9/8/08. I have sent in grievance forms that hasn't been answer. I have done all the paper work there is to be done to see a doctor.

JAILERS OBSERVATIONS: ___

ACTION TAKEN (CHECK ALL THAT APPLY)

___ DETAINEE GIVEN OTC MEDICATIONS
___ DOCTORS APPOINTMENT MADE FOR DETAINEE
___ ORDERED PRESCRIPTIONS FOR DETAINEE
___ BLOOD PRESSURE TAKEN          RESULTS: ___
___ TEMPERTURE TAKEN              RESULTS: ___
___ BLOOD SUGAR CHECKED           RESULTS: ___
___ DETAINEE PUT IN MEDICAL UNIT FOR OBSERVATION
___ JAIL ADMINISTRATION CONTACTED

DETAINEES SIGNATURE: Rodney Watson
JAILERS SIGNATURE (PRINT): [signature]   # 825
JAIL ADMINISTRATIOR SIGNATURE: ___

No Action taken

(18)

I Need Copy

## JAIL DETAINEE GRIEVANCE FORM
### SALINE COUNTY DETENTION FACILITY

**INSTRUCTIONS:** Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed form, write GRIEVANCE on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the APPEAL block.

NAME: Rodney Watson          CELL: 5
DATE: 8/9/08
GRIEVANCE: 1
APPEAL: ___

PROBLEM: I have been asking about copyies of my Medical Log in and out Papers since 9/8/08 and I havent recieve them yet. What is the prolbem.

**DO NOT WRITE BELOW THIS LINE**

RESPONSE:

RESPONDER'S SIGNATURE: _____  DATE: __/__/__
JAILER'S SIGNATURE: Domenich C Maranyon  DATE: 09/09/08
DETAINEE'S SIGNATURE: Rodney Watson  DATE: 9/9/08

(19)

# Saline County Detention
## Medication Administration Record

Inmate Name: Watson, Rodney

Allergies: _____  DOB _____  POD _____

Key: R=Refused  X=Inmate out of facility  W=Withheld per M.D.

| Medication/Directions | Time of Day | 9-10-08 | 9-11-08 | 9-12-08 | 9-13-08 | 9-14-08 | 9-15-08 | 9-16-08 |
|---|---|---|---|---|---|---|---|---|
| Ibuprofen 600mg BID | Breakfast | 814 W | 814 W | 813 W | | | | |
| Tub soaks BID | Lunch | | | | | | | |
| Hi suscept. | Dinner | | 815 W | 813 W | | | | |
| Trazadone 150mg 1 tab @ bedtime | Bedtime | 814 W | | | | | | |
| 1/2 tab @ bedtime | Breakfast | | | | | | | |
| Rx 242/4/12 | Lunch | | | | | | | |
|  | Dinner | | | | | | | |
|  | Bedtime | 840 W | 815 W | 813 | | | | |
|  | Breakfast | | | | | | | |
|  | Lunch | | | | | | | |
|  | Dinner | | | | | | | |
|  | Bedtime | | | | | | | |

Notes:

Here are a few forms that may help you in my case, these form's was not answer, so as you may see that I also was denied medical attention which is also grounds for Neglectigents. I enclosed a news article on the P.A. doctor that was employed here when I arrived here on 8/15/08.

I also enclosed a copy of my saline Co. medication administration Records, as you see I was only suppose to be taken ½ Tab. @ bedtime well depedent on the jailer that pass out meds. I was given a whole tab. @ bedtime not knowing until it was too late, due to charges I have become very ill. Thank you

Rodney Watson
Rodney Watson

Legal Mail

**LETTER TO THE EDITOR**

## Former jail physician says he saved money

I need to say a few things about the medical care that [Saline County] allowed me to give to the jail for the last four months. If I had been asked for my opinion on the situation, I would have reported that I was making around 100 evaluations a month. I know that most of them would not have made it to the emergency room. Many would have, however.

One of the comments [from county officials] in the paper was that the drug expense went from $3,200 to $14,000 a month. This is not the true story. The month of March, before I started, it was $3,200 and the first month I was on the job, it was $8,600. There was also one AIDS patient whose medicine was $1,500. The month of July's drug bill was $3,800 because I had learned not to order the medicine over one week at a time because you never know how long (prisoners) will be incarcerated.

Not having a nurse was a problem and slowed me down but the jailers give out the medicine as they have done before I came and they will continue to do. Having a nurse saved one jailer's time and the medical care was better.

I feel I saved the county money from not sending them to the emergency room in that even with the 25 percent discount, it cost $293 plus the doctor's fee that starts at $190 at the lowest rate. It also takes up a transport officer's time that can be several hours per visit and they are always low on available personnel. The month of March, before I started, there were four emergency visits and 10 doctor's office visits. There have been two visits to the emergency room in the last two months I worked and they were due to falls that needed X-rayed.

I enjoyed the job and feel I was doing a good service to the county jail. If the new sheriff deems it advantageous to have medical care I hope I am again considered for the job.

DR. MARVIN KIRK, Benton

**Write a letter to the editor**

I need a copy of this medical Request Form.

## SALINE COUNTY SHERIFF'S OFFICE
## DETAINEE MEDICAL REQUEST FORM

**PRINT DETAINEE NAME:** Rodney Watson
**DOB:** 8-30-66
**DATE/TIME:** 8-22-08

**PRESCRIPTION MEDICATIONS DETAINEE IS TAKING:** Hydrocodon's Pills, Soraquils

**MEDICAL COMPLAINT** (FILLED OUT BY DETAINEE OR JAILER) PAIN LEVEL 1 TO 10

My pain constantly remain above 6 1/2 to 7 and just the other night it brought tears to my eyes because I was in a major car wreck that all most took my life cause as you can see, my head were busted to the fat and plus I fracture my left knee and I really, really need medical treatment at this time cause I can't sleep as it is cause my thoughts constantly rushing into one another and it's hard for me to focus on anything I need help please get me in to see the Doctor.

**JAILERS OBSERVATIONS:**

**ACTION TAKEN (CHECK ALL THAT APPLY)**
- ✓ DETAINEE GIVEN OTC MEDICATIONS
- ___ DOCTORS APPOINTMENT MADE FOR DETAINEE
- ___ ORDERED PRESCRIPTIONS FOR DETAINEE
- ___ BLOOD PRESSURE TAKEN        RESULTS: ___
- ___ TEMPERTURE TAKEN             RESULTS: ___
- ___ BLOOD SUGAR CHECKED          RESULTS: ___
- ___ DETAINEE PUT IN MEDICAL UNIT FOR OBSERVATION
- ___ JAIL ADMINISTRATION CONTACTED

As you can see, my other Request from wasnt answer.

**DETAINEES SIGNATURE:** Rodney Watson
**JAILERS SIGNATURE (PRINT):** _____ #___
**JAIL ADMINISTRATIOR SIGNATURE:** _____

This is an ewer request

Action taken - 8/22/08 - The day I strated med.

(23)

I Need a Copy of this Med Sheet Thank You.

## SALINE COUNTY SHERIFF'S OFFICE
## DETAINEE MEDICAL REQUEST FORM

**PRINT DETAINEE NAME:** Rodney Watson
**DOB:** 8/30/66
**DATE/TIME:** 9/13/08 - 7:00 AM

**PRESCRIPTION MEDICATIONS DETAINEE IS TAKING:**

**MEDICAL COMPLAINT** (FILLED OUT BY DETAINEE OR JAILER) **PAIN LEVEL 1 TO 10** 7

I Wake up this Morning feeling dizzy, with a very, very, bad headache. I also had Problems with my vision, and I have also broken out with a Rash all over my Stomach. I will like to see a doctor.

Thank You

[Margin note:] I came here with a Normal blood pressure But Now its high.

**JAILERS OBSERVATIONS** BP after 20 minuets of sitting was 159/108 with a pulse of 59, and 14 respirations per minute. For his size 5'6/159 a blood pressure that high is very bad.

**ACTION TAKEN (CHECK ALL THAT APPLY)**

___ DETAINEE GIVEN OTC MEDICATIONS
___ DOCTORS APPOINTMENT MADE FOR DETAINEE
___ ORDERED PRESCRIPTIONS FOR DETAINEE
___ BLOOD PRESSURE TAKEN    RESULTS: _____
___ TEMPERTURE TAKEN          RESULTS: _____
___ BLOOD SUGAR CHECKED       RESULTS: _____
___ DETAINEE PUT IN MEDICAL UNIT FOR OBSERVATION
___ JAIL ADMINISTRATION CONTACTED

**DETAINEES SIGNATURE:** Rodney Watson
**JAILERS SIGNATURE (PRINT):** Brandi Pinto    # 845
**JAIL ADMINISTRATION SIGNATURE:** _____

29,

I form. Need A Copy of this Grievance.

# JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY

**INSTRUCTIONS:** Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed form, write ~~GRIEVANCE~~ on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the ~~APPEAL~~ block.

NAME: Rodney Watson                             CELL: 5
DATE: 9/15/08
GRIEVANCE: ~~✗~~
APPEAL: ✓

**PROBLEM:** ON Appox. bettween 8/31/08 and 9/3/08. Cpl. Session pass out the Nighttime meds. When I Rodney L. Watson was call to the pill line and given my meds. and was told to take ~~them~~ it, I never notice that the pill that I was taken was over the amount that the doctor presribe me. ON the above date and time the same incident occurr on 9/7/08 with jailer, Reed, mr. Reed, to be precise. Every since I was given the over amount of meds. I've been having problems with..... Headahee, dizziness, Stomach pains and High blood Presure.

(I have been complianing about my stomach since 8/8/08..... My blood Presure was taken 9/13/08 it was over avg.) Thank You

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE:** I am not able to respond to this grievance because I am unaware of his meds and health. J. Lobbs

RESPONDER'S SIGNATURE: _____ DATE: __/__/__
JAILER'S SIGNATURE: J. Lobbs #834 given to Cpl Session DATE: 9/15/08
DETAINEE'S SIGNATURE: Rodney Watson DATE: 9/15/08