Rodney Watson vs. Saline Co. Jail

Case 4:08 CV 02681

RECEIVED MAIL ROOM SEP 25 2008 U.S. DISTRICT E. DIST.

FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS SEP 25 2008 JAMES W. McCORMACK, CLERK By: _____ DEP CLERK

Hello, Mr. Richard S. Arnold, the last letter that I sent, I inform you all that, I was taken to the doctors office, she put me on some medicine for my headeakes, dizziness and stomach pains, that was cause from the over dose of trazadones, that Cpl. Sessions and Mr. Reed gave me. On 9/19/08 at appx. 10:05 PM there was a pill call, which jailer mayor ran, I didn't recieve my meds, which are Dvot. and half of half of trazadone, He gave me trazadone and said he'll be back with the Dvot. which is a pain pill, He never came back with it, the next morning which was 9/20/08, I was very sick, my face was swolen, had very, very, bad headche and blurryness in my vision. I put in to my, but that won't happen on the weekend so I have to suffer until they get around to it. As you can see this is another grounds for Neglectigents, I will like for you to just add it with case # 4:08-CV02681.

Thank you.

Rodney L Watson
vs
Case 4:08cv2681          Saline Co. Jail          9/22/08

Hello, again Mr. Richard S. Arnold.

On 9/21/08 at 11:07 mr mayor was passing out meds. and tryed to overdose me with trazadone, he gave me over the amount the doctor precirbe, for me to take, the same thang Cpl Sessions and mr Reed did back on between 8/31/08 9/3/08 and 9/7/08 that made me very ill and due to the illness was taken to the doctor. What I am I suppose to do, these people are going to kill me. I will like to see a lawer or investercater, up here, I have something to give them. Could you please send one up here. This jail dosen't even have a proper blood presure machine that works, my doctor said that I need my blood presure taken daily, but they don't do it, because the machine is no good. Please help. Rodney. send help soon, Neglectigents is all around this jail.

# JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY

INSTRUCTIONS: Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed form, write GRIEVANCE on the outside, and give to any Jailer. This form can also be used for grievance appeals by checking the APPEAL block.

NAME: Rodney Watson         CELL: 5
DATE: 9 / 20 / 08
GRIEVANCE: ✓
APPEAL: ____

PROBLEM: On the night of 9/19/08 (jailer mayor) was passing out meds. He didn't have all of my meds, & I was missing my Drt, which I recieve 3 times a day. I ask him about it, he said, he will get it, but never brought it back. The next notning morning I was ill, I had a mygrain headich and a asrquessment of other thing was wrong. Thank you

[Left margin, written vertically:] Dr. L. Barker inform me that I am suppost to get my Drt meds when I am in pain, but you all give them to me every 6-8 hours a day. its not helping my headahes.

**DO NOT WRITE BELOW THIS LINE**

RESPONSE:
_____
_____
_____
_____
_____
_____

RESPONDER'S SIGNATURE: _____ DATE: __/__/__
JAILER'S SIGNATURE: _____ DATE: __/__/__
DETAINEE'S SIGNATURE: Rodney Watson   DATE: 9/20/08