Case 4:08-cv-02681-JTR    Document 5-2    Filed 09/25/08    Page 1 of 4

①

MAIL ROOM
SEP 25 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 25 2008
JAMES W. McCORMACK
By:

9/18/08

Rodney L. Watson
vs.
Saline Co. Jail

Case No. 4:08CV002681

Hello, judge Cesele and magistrate judge Ray, It was so nice to hear from you all so soon and it wasn't a minute to late, because some of the things that happens & hear at the Saline Co. jail is not professnal at all. Here are some more forms that may help in my case. I received this Grievance form back on the 9/18/08, three days after I filed the suit, also they took me to see the doctor two days after I filed suit, I will be sending you all a doctormentary as soon as I recived it from doctor Dr. L. Barker sends it to me, she said three days I'll be reciveing it in the mail. I inform her about my medical problem which are headache, dizziness, stomach nausea rashes, that had occur over my body since I took given the over amount of meds on appox 8/31/08 and 9/3/08, by C.P.L Session and jailer Reed on 9/7/08. Here is the response I recieve back form her. Read what I have circled. I will like to point out something

As you can see Ms. Sessions ~~said~~ said that ~~the~~ the accidently happen about 2 months ago, I was not even here 2 months ago, I came here 8/15/08, and I am sending you a copy of my book in sheet, the date I came here to this jail is circle. As you can see, she has told it her self that she did give me the wrong amount of meds. Here is a copy form the Lt. and what he had to say two days after I filed, but nothing was said or done until I got real sick and filed this suit. Thank you.

As I said before, half the jailer are not Lis. to past out meds, due to fact, they are going to hurt someone, as they have done me.

Rodney Watson

④

8/18/08

# SALINE COUNTY DETENTION FACILITY

Booking Medical Sheet: 0808MF789

here →  08/15/08   18:20

ID #: 2008080176   Name: WATSON, RODNEY LEWIS
Address: 218 WEST 22ND
LITTLE ROCK, AR 722040000

DOB: 8/30/1966   Race: B   Height: 0-0   Eyes: BROWN   Home Phone
Age: 41 YRS   Sex: M   Weight: 000   Hair: BLACK   (501)296-9900
Soc. Sec. No.: 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



| Yes/No | VISUAL ASSESSMENT |
|---|---|
| N | 1. Is inmate unconscious? |
| N | 2. Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate medical attention? |
| N | 3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that may be contagious? |
| N | 4. Any signs of poor skin condition, vermin, rashes or needle marks? |
| N | 5. Does inmate appear to be under the influence of drugs or alcohol? |
| N | 6. Any visible signs of alcohol or drug withdrawal? |
| N | 7. Does inmate's behavior suggest the risk of suicide or assault? |
| N | 8. Is inmate carrying medication? |
| N | 9. Does the inmate have any physical deformities? |
| N | 10. Does inmate appear to have psychiatric problems? |

Yes/No   MEDICAL QUESTION

11. Do you have or have you ever had any of the following:

| | | | | | |
|---|---|---|---|---|---|
| N a) allergies | N e) epilepsy | N i) high blood pressure | N m) ulcers |
| N b) arthritis | N f) fainting spells | N j) psychiatric disorder | N n) venerial disease |
| N c) asthma | N g) heart condition | N k) seizures | Y o) other(specify) |
| N d) diabetes | N h) hepatitis | N l) tuberculosis | |

12. Females only:
N a) Are you pregnant?   N b) Do you take birth control pills?   N c) Have you recently delivered?

Y  13. Have you recently been hospitalized or treated by a doctor? LT KNEE
Y  14. Do you currently take any medication prescribed by a doctor? OXYCOTEN
N  15. Are you allergic to any medication?
N  16. Do you have any handicaps or conditions that limit activity?
N  17. Have you ever attempted suicide or are you thinking about it now?
Y  18. Do you regularly use alcohol or street drugs? ALCOHOL
N  19. Do you have any problems when you stop drinking or using drugs?
N  20. Do you have a special diet prescribed by a doctor?
N  21. Do you have any problems or pain with your teeth?
N  22. Do you have any other medical problems we should know about?

Medical Insurance: NONE                    Doctor: DR NEELY
Emergency Contact: PRICILLA WATSON         Relationship: MOTHER
Address: 218 W 22ND
City: LITTLE ROCK          State: AR  Zip: 72204     Phone:

③ I Need A Copy of CRS Grievance.
form. 9/18/08

# JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY

INSTRUCTIONS: Fill In the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed form, write ~~GRIEVANCE~~ on the outside, and give to any Jailer. This form can also be used for grievance appeals by checking the ~~APPEAL~~ block.

NAME: Rodney Watson                   CELL: 5
DATE: 9/15/08
GRIEVANCE: ~~■~~
APPEAL: ✓

(I have been complaning about my sickness Since 8/8/08..... My blood Presure was taken 9/13/08 it was over avg) Thank you

**PROBLEM:**
ON Appox. bettween 8/31/08 and 9/3/08 Cpl. Session pass out the Nighttime meds., When I Rodney L Watson was Call to the pill line and given my Meds. and was told to take ~~them~~ it, I Never Notice that the pill that I was taken was over the amount that the doctor presnibe Me. ON the above date and time the same incident occurr on 9/7/08 with Jailer, Reed, mr. Reed, to be precise. Every Since I was given the over amount of meds. I've been haveing problems with.... Headahee, dizziness, Stomach pains and High blood Presure.

Received 9/10/08

**DO NOT WRITE BELOW THIS LINE**

RESPONSE: I am not able to respond to this grievance because I am unaware of his meds and health. J Lobbs

Read ✓ (About 2 months ago I accidently gave Mr Watson a whole traradone and he was only suposed to get a half but Mr. Watson did not inform me of this either)

RESPONDER'S SIGNATURE: Cpl Session 814       DATE: / /
JAILER'S SIGNATURE: J Lobb #834 given to Cpl Sesso DATE: 9/15/08
DETAINEE'S SIGNATURE: Rodney Watson       DATE: 9/15/08

OVER