RECEIVED
MAIL ROOM
SEP 30 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 30 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

9/26/08

4:08CV002681

Hello, Sir,

On the night of 9/23/08 and 9/24/08, I didn't recieve my midnight meds, which was prescibe to me by Dr. Maavin Kirk, when I arived here at this unit, I was supposed to be getting ½ of a trasodone pill every night at bedtime, to sleep, well I haven't recieve any in 9/23 - 9/24 - 9/25, three days and counting. who gave the jail the right to take me of my medication, I wrote grievance on Sgt. Reed and Cpl. Session and this was my answer. I haven't been able to sleep in four days, They have replace my trasodone, with benodrels with no doctors approval. I do belive this is another gounds for negletiginits on Sgt. Reed, Cpl. Session, And also deputy jailer mehr, the guy who gave me the beneadrial, instead of my trasodones pills. on 9/23/08

Things are not going to get any better here, because they aint trying to hire a doctor. I fear for my life, but there's nothing I can do about it. Mr. Ray could you please give me some insight on my case, have the defendants been contacted, do I need a lawyer, I don't what else to do, all I know is that I'am afread what might to me are others. please give me some insight on my case thank you

The plaintiff
Rodney Watson

Please give copy

# JAIL DETAINEE GRIEVANCE FORM
## SALINE COUNTY DETENTION FACILITY

INSTRUCTIONS: Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed form, write GRIEVANCE on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the APPEAL block.

NAME: Rodney Watson   CELL: 5
DATE: 9/24/08
GRIEVANCE: ✓
APPEAL: ___

PROBLEM: On the night of 9/23/08 and 9/24/08 I didn't recieve my midnight meds which are trasazones 1/2 of a pill. I was told that they was order on 9/23/08 but on 9/24/08 I was given Benadrel in place of Traszones. I haven't been able to sleep for to days. Thank you.
I Need My Traszones.

**DO NOT WRITE BELOW THIS LINE**

RESPONSE: I will have to make a copy give it to inmate and jeel administration and see what is the deal with his meds.

Sgt Reed and I talked to you this morning on this situation and we will be looking into it.

RESPONDER'S SIGNATURE: _____ DATE: __/__/__

JAILER'S SIGNATURE: Ofc Holcombe #888   DATE: 9/25/08

DETAINEE'S SIGNATURE: Rodney Watson   DATE: 9/24/08
Cpl Session 814