Watson vs. Saline Co. Jail and staff
Case: 4:08 CV. 2681 - GTE - JTR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 14 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

I am steal haveing problems with my Medication, I was presnbirde ½ of Trazodone pill every Night before bed so that can rest and sleep, the staff here at Saline Co. Jail have taken me of the Meds. with know consent for a doctor. and now for the last week or so I haven't been able to sleep, as so I have a dictation here showing that I was to return to doctor if worseing. I haven't gotten any better My headache, dizziness, blurry vission and Nauseas at the stomach is started back, I also have high blood pressure, all these things started after I was given the overdose by staff. I have compliated

to staff about the sickness and also have should them the dictation, they have a copy of it. but they haven't complyed with my needs I do believe this is another grounds for Neligence againts the Saline Co. Jail and Staff

I will also like to word my case
Saline Co Jail and staff members
(I have enclosed dictitain Sheet and Medical Request Sheet.) Thank you

Rodney Watson

as you can see No Action taken.

I Need A Copy Please

## SALINE COUNTY SHERIFF'S OFFICE
## DETAINEE MEDICAL REQUEST FORM

**PRINT DETAINEE NAME:** Rodney Watson
**DOB:** 8/30/66
**DATE/TIME:** 9/30/66 - 9:30

**PRESCRIPTION MEDICATIONS DETAINEE IS TAKING:** ~~Darvocet~~, ~~#~~ Darvocet, Metoprolol, Elamite cream

**MEDICAL COMPLAINT (FILLED OUT BY DETAINEE OR JAILER) PAIN LEVEL 1 TO 10:** 7

I have a dictation here telling me to return to the doctor to the Clinic if worsening. Well I have not gotten any better, the Scabies has speaded. My pain in Neck, back and head has gotten ~~woose~~ worse. My blood presure is Not back to Normally. I am steal having headaches, dizziness and blurry viosion when I wake up in the Mornings.

I Need to go back to the Clinic. take a look at my dictation on file. Thank you

**JAILERS OBSEVATIONS:** I have seen some bumps on Neck and Side. He also showed me his paperwork

**ACTION TAKEN (CHECK ALL THAT APPLY)**

___ DETAINEE GIVEN OTC MEDICATIONS
___ DOCTORS APPOINTMENT MADE FOR DETAINEE
___ ORDERED PRESCRIPTIONS FOR DETAINEE
___ BLOOD PRESSURE TAKEN          RESULTS: _____
___ TEMPERTURE TAKEN               RESULTS: _____
___ BLOOD SUGAR CHECKED            RESULTS: _____
___ DETAINEE PUT IN MEDICAL UNIT FOR OBSERVATION
___ JAIL ADMINISTRATION CONTACTED

**DETAINEES SIGNATURE:** Rodney Watson
**JAILERS SIGNATURE (PRINT):** Glyn Faulkner       # 843
**JAIL ADMINISTRATIOR SIGNATURE:** _____

**FAMILY PRACTICE ASSOCIATES**
#3 Medical Park, Suite 100 • Benton, AR 72015
501-778-0934

| DATE | NAME | LAB | X-RAY | PROGRESS NOTES / CURRENT MEDICATIONS |
|---|---|---|---|---|

**WATSON, RODNEY**      Saline Co. Sheriff          9-17-08

**S:** Rodney is a 42-year-old African-American male. He has had headache, dizziness, nauseas, and high blood pressure since September 8th. He has never had trouble with his blood pressure before. No known family history of high blood pressure. He is not having any chest pain or shortness of breath. No one-sided weakness or numbness in his extremities. He has had some blurred vision and felt dizzy at times. They have not checked his blood pressure at the jail that he knows of. He has not noticed any blood in his urine or stools.

Also he has noticed a rash on his abdomen and his groin since September 10th. About 7 days now. It is very, very itchy. He has not noticed it anywhere else, but it seems to be spreading.

Also he has a history of being in a car wreck. He was on OxyContin before being jailed. They have been giving him Trazodone, Ibuprofen, and Ibuprofen is upsetting his stomach a little bit. It is really not helping with the pain that he has in his head, neck and back since the car wreck.

**Medications:** Trazodone, Ibuprofen.
**Allergies:** None.
**Review of Systems:** Is on the blue sheet in the chart.
**O:** Vital Signs: BP: 178/92. Temperature: 98°. WT: 168 lbs.
**Physical exam:** Is on the blue sheet in the chart.
**A/P:**  1)  High blood pressure.
  1) Metoprolol 50 mg bid.
  2) Will have the jail check his blood pressure once a day, and any time he is feeling bad, having a headache or blurry vision.
  3) Follow up with me for non-improvement with his blood pressure.
 2) Pain, secondary to MVA.
  1) Darvocet N-100, one q6-8h as needed for pain.
 3) Scabies on abdomen.
  1) Elamite cream, apply from the neck down to the toes. Leave on for 8 hours and wash off in the morning. Repeat in 2 weeks.
  2) Gave Hydrocortisone 0.5% cream to be applied to the area of itching.
  3) Return to clinic for any worsening.
  4) Follow up with his PCP once released from jail. I believe he said that would be on October 7th. Will give him a copy of this dictation to take to his PCP.

Lisa Barker, M.D.  *(signature)*
LB/cw
**cc:** For patient to PCP.