Case 4:08-cv-02681-JTR   Document 13-2   Filed 10/14/08   Page 1 of 1

RECEIVED FILED
MAIL ROOM U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT ?? 2008   OCT 09 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

Watson vs Saline Co. Jail

Case: 4:08 cv 2681

On 8/22/08 Dr. Marvin Kick Jail physician, precibed me Trazodoze, they where to help me to sleep. I was in a bad car accident Jan. 1 2008, I almost lost my life. Dr. Kick precribed The Trazodoze pill for me at a dose of 1/2 ⊘ pill at bedtime, during the month that I was taking the meds, I was overdose bye staff members of the Saline Co. jail, so I filed a negligence suit against them. Saline Co. jail doesn't have a physician anymore, two maybe three weeks after I filed suit against jail the staff, they stop given me Trazodoze pills. well the jail lost there physician and I am wondering how the staff thought me off my meds. I ask Sgt. Reed what happen to my meds., and she told me that the doctor that precibed me the meds. was under investercation, so I was not going to be getting anymore Trazodoze, so what I want to know is why was given med by someone that was under investercation who pratice meds. I have been very ill behind this madness. I also believe this is another grounds for negligences