Case 4:08 cv 2681

RECEIVED
MAIL ROOM
OCT 13 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 16 2008
JAMES W. McCORMACK, CLERK
By: _____

I will like correct the spelling on one of the defendant names, which is on deputy Mayor, it is spelled Mehr. I will also like to infrom the court that I have not been back to the doctor. On 10/3/08 I told Sgt. Reed that I was steal haveing problems with dizziness, headaches, brully vission and stamach nousas, when I told her about the problem, she didn't believe me and ask inmates, with infrom her that I had been seen throwing up. I was taken to the clince about these problems back on 9/17/08. and was told to come back for check up, while I've shown the paper to staff, Sgt. Reed, etc. but steal have not been to see the doctor at the clinic. I steal very sick, and they know it but will not give me medical help. Here is a Request that Sgt. Reed sign, stateing that I was recommened for a doctors visit which was on 10/3/08, and I steal have not been yet.

Rodney Watson

The staff here at Saline Co. doesn't provide the care about your health and I'am not the only one here suffering. So, again I will like to state about the pain and suffering and nelitgent. thank you.

Rodney Watson

Recommended
Dr. Visit

# SALINE COUNTY SHERIFF'S OFFICE
# DETAINEE MEDICAL REQUEST FORM

PRINT DETAINEE NAME: Rodney Watson

DOB: 8/30/66 ~~10/3/08~~

DATE/TIME: 10/3/08

PRESCRIPTION MEDICATIONS DETAINEE IS TAKING

MEDICAL COMPLAINT (FILLED OUT BY DETAINEE OR JAILER) PAIN LEVEL 1 TO 10

I have ~~tt been having~~ dizziness, headache ~~blurey vission~~ nausas for the pass week. I was taken to the doctor for ~~this this ever~~ the very same reason on 9-17-08 and the doctor gave me meds for headaches and pain but there not helping. Rash, scabies has speading

JAILERS OBSERVATIONS: INMATES HAVE SEEN WATSON THROW UP

ACTION TAKEN (CHECK ALL THAT APPLY)

___ DETAINEE GIVEN OTC MEDICATIONS
___ DOCTORS APPOINTMENT MADE FOR DETAINEE
___ ORDERED PRESCRIPTIONS FOR DETAINEE
___ BLOOD PRESSURE TAKEN       RESULTS: _____
___ TEMPERATURE TAKEN          RESULTS: _____
___ BLOOD SUGAR CHECKED        RESULTS: _____
___ DETAINEE PUT IN MEDICAL UNIT FOR OBSERVATION
___ JAIL ADMINISTRATION CONTACTED

DETAINEE'S SIGNATURE: Rodney Watson

JAILERS SIGNATURE (PRINT): SGT. Reed  # 801

JAIL ADMINISTRATIOR SIGNATURE: SGT. Dun Reed