# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

RODNEY WATSON                                                                                          PLAINTIFF

V.                                         4:08CV02681 GTE/JTR

SALINE COUNTY JAIL, et al.                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Defendant Saline County Jail is DISMISSED, WITH PREJUDICE, because it is not an entity amendable to suit in a § 1983 action.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3.      The Clerk is directed to prepare a summons for Defendants Mehr,[1] Sessions, and

---

[1] Defendant Mehr was originally referred to as Defendant Mayor. Since the filing of the Recommended Partial Disposition, Plaintiff has clarified that the correct spelling of Defendant Mayor's last name is "Mehr" and the Court has directed that the docket so reflect.

Reed, and the United States Marshal is directed to serve the summons, Complaint (docket entry #2), Amended Complaint (docket entry #5), Addendum (docket entry #7), Second Amended Complaint (docket entry # 8) and Third Amended Complaint (docket entry # 13) upon them without prepayment of fees and costs or security therefor.[2]

Dated this   6th   day of November, 2008.

          /s/Garnett Thomas Eisele
          UNITED STATES DISTRICT JUDGE

---

[2] If any of the Defendants are no longer Saline County employees, the person responding to service shall file, with the return of unexecuted service, a **SEALED** Statement providing the unserved Defendant's last known private mailing address.