Case 4:08 cv. 2681      11/7/08

"Plaintiff Motion to Amed the Complaint"

Complaint clearly explains different defendant's, previously raised in my prior complaint. Name's are. Cpl. Westbrook, and Sgt. Reed. This is not the same Reed as previously Complaint.

Rodney Watson

RECEIVED
MAIL ROOM
NOV 1 2 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 1 2 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

11/7/08

I will like the courts to know that the Saline Co. Jail doesn't have a law library and It's hand for me to file and follow up on my legal issue, So please bare with me. If possible please seen and paper work that I may need to help me alone.

Rodney Watson

Case 4:08cv2681           11/7/08 /~~10/25/08~~

On 10/22/08, I Rodney L. Watson was reduce in meds. by Cpl Westbrook ~~■~~ who said the doctor call and said that I was to get one pill every 12 hours. Dr. Lisa Barker, MD. hasn't done a fellow up on me, so its hard to believe that she call up here and reduced my meds. Someone is ~~playing~~ /continuing with my life, and ~~━━━━━━━~~ too let me suffer. After Westbrook told me this, I put in a grievance form and this is what I got back. Well this strated on 10/22/08 I got informed on 10/24/08 about the reduce in meds I think they don't ~~want~~ to pay for them

Thank you

Case 4:08cv2681                                  11/7/08
                                                 ██████

I don't know if I inform
you the distcict court about
the car acciedent that I
was in on ████ ███ new years
Eve 2008 and allmost ████
died, I have a four cut
in my four head, that is
████ Why Dr. Kirk █████
precirbe me trazodones to sleep.
as I inform the courts, Saline
Co. Jail members has taken them
then away. with out doctor
consent. Now they ██ are
trying to take my pain Medi
catetion.         Thank you. over

I'am in pain all day, every day, I have mygram headaches I need my meds as precribe by doctor. which there not doing. (████ Saline Co. Jail) Staff members.

Watson vs Saline Co. Staff Members

Case 4:08cv2681                    11/7/08

I inform staff on 10/3/08 that I was steal sick and hadn't gotten any better, today 10/24/08, I have been in pain and suffering since 10/3/08, that's three weeks, I was told by Sgt. Reed that I would be taken back to the clinic 10/3/08, as you can see in left hand of Medical request form, Miss Sgt. Reed hand writeing and her John Hancock at the bottom. Must I say more.

Rodney Watson

Watson
vs.
Saline Co. & Staff Members    11/5/08

Case 4:08cv 2681

ON 9/17/08 I went to the doctor at Family Practice Associates. Dr. L. Barkar MD is the doctor I seen, she Prescribed me some Darvocet N-100 one q6-8h as Needed. After taken this Medication for over a month I strated haveing proble with staff about my perscription and dossage of meds. I was takeing one every 6 to 8 hours a day, they were not helping with headaches, but keap the pain down a little. I complain about this problem and was told that I was returning to the clinic. The doctor also sent a dictation saying, if any worseing return to clinic I've inform staff member here at jail that I have got worse, Sgt. Reed verify that I had, and recommended that I see the doctor, It's been three weeks are better that I've been suffering and in pain and I steal haven't been back to clinic. Today the 10/24/08 I was told by CPL. Westbrooks that My doctor said,or call and said that I was to get two darvocets a day,

Well that didn't seem right to me. Concidering ~~[redacted]~~ that I haven't seen Miss Dr. Barker as instructed to, as staff members where instructed to, they also have a copy of dictation and it says, as ~~[redacted]~~ plain as day to return if worsen' and I have worsen. blood pressure, rash, dizziness, headache, Nausea, and blurry visson But the staff here tell me (2 pills a day) that I have ~~[redacted]~~ been reduce in meds instead of takeing me back to the doctor as dicted. So I am fileing this Complait- on Cpl. Westbrook, Lt. Hugh Gentry, ~~for~~ violatetion of my Constitutional right to due process and equal protection under law by ~~[redacted]~~ Creating dangerous conditions and denial of Medical care.

It's 12:00pm 10/29/08 I been crying all night about pain and need of meds. Miss Qento came ~~[redacted]~~ back and should me pill pack with new ~~[redacted]~~ persciption that says pill every 12 hr. But note, ~~[redacted]~~ this, My doctor hasn't seen me and doesn't know that I have been very sick, the jail is keeping it ~~from~~ her, (My doctor) as far as she knows I am fine, But thats not true. I am hurting everyday

Rodney Watson

# Saline County Detention
## Medication Administration Record

Inmate Name: Watson Rodney  DOB: ____  POD: ____
Allergies: ____

Key: X=Inmate Refused  R=Refused  W=Withheld per M.D.  (Inmate out of facility)

| Medication/Directions | Time of Day | 10-22-08 | 10-23-08 | 10-24-08 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| IBU 600mg x 1 tab 2x daily | Breakfast | 845 LW | 845 LW | 813 LW | | | | |
| | Lunch | | | | | | | |
| | Dinner | 840 LW | 840 LW | 811 LW | | | | |
| | Bedtime | | | | | | | |
| TRAZADONE 150mg x 1/2 tab @ bedtime | Breakfast | | | | | | | |
| | Lunch | | | | | | | |
| | Dinner | | | | | | | |
| | Bedtime | 845 LW | 814 LW | 813 LW | | | | |
| ROPOLIMAR x 1 tab EVERY 12 hrs #354 153 | Breakfast | 845 LW | 814 LW | 813 LW | | | | |
| | Lunch | | | | | | | |
| | Dinner | 843 LW | 810 LW | 811 LW | | | | |
| | Bedtime | | | | | | | |
| METOPROLOL 50m x 1 tab 2X daily RX#945110 | Breakfast | 845 LW | 814 LW | 813 LW | | | | |
| | Lunch | | | | | | | |
| | Dinner | 840 LW | 810 LW | 811 LW | | | | |
| | Bedtime | | | | | | | |
| | Breakfast | | | | | | | |
| | Lunch | | | | | | | |
| | Dinner | | | | | | | |
| | Bedtime | | | | | | | |
| | Breakfast | | | | | | | |
| | Lunch | | | | | | | |
| | Dinner | | | | | | | |
| | Bedtime | | | | | | | |

Notes: ____

Recommended Dr. Visit

## SALINE COUNTY SHERIFF'S OFFICE
## DETAINEE MEDICAL REQUEST FORM

**PRINT DETAINEE NAME:** Rodney Watson

**DOB:** 8/30/66

**DATE/TIME:** 10/3/08

**PRESCRIPTION MEDICATIONS DETAINEE IS TAKING**

**MEDICAL COMPLAINT (FILLED OUT BY DETAINEE OR JAILER) PAIN LEVEL 1 TO 10**
I have been having dizziness, headaches, blurry vision, nauseas for the pass week. I was taken to the doctor for this the very same reason on 9-17-08 and the doctor gave me meds for headaches and pain but there not helping. Rash, scabies has speading.

**JAILERS OBSERVATIONS:** Inmates have seen Watson throw up

**ACTION TAKEN (CHECK ALL THAT APPLY)**
___ DETAINEE GIVEN OTC MEDICATIONS
_·_ DOCTORS APPOINTMENT MADE FOR DETAINEE
___ ORDERED PRESCRIPTIONS FOR DETAINEE
___ BLOOD PRESSURE TAKEN     RESULTS: _____
___ TEMPERTURE TAKEN          RESULTS: _____
___ BLOOD SUGAR CHECKED       RESULTS: _____
___ DETAINEE PUT IN MEDICAL UNIT FOR OBSERVATION
___ JAIL ADMINISTRATION CONTACTED

**DETAINEE'S SIGNATURE:** Rodney Watson

**JAILERS SIGNATURE (PRINT):** Sgt. Reed  # 801

**JAIL ADMINISTRATIOR SIGNATURE:** Sgt. Den Read