IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY WATSON                                                    PLAINTIFF

VS.                    NO. 4:08-CV-02681-GTE/JTR

SALINE COUNTY JAIL, DEPUTY
MEHR, CORPORAL CARRIE
SESSIONS, DEPUTY REED, CORPORAL
WESTBROOK                                              DEFENDANTS

## SEPARATE ANSWER OF DEPUTY REED

Come Separate Defendant Calvin Reed, indentified in Plaintiff's Complaint as Deputy Reed, and for his Separate Answer, states:

1. Defendant Calvin Reed admits that he is a Sheriff's Deputy assigned to the Saline County Detention Facility. At the time of the original answer it was thought that Deputy Reed and Dru Reed were one and the same individual, but in fact, they are two separate employees of the jail.

2. This Defendant recognizes that he is being sued in his official and individual capacity, and is therefore subject to suit for acts "under Color of Law." However, he denies that he has engaged in any wrongdoing or that he has incurred any liability whatsoever.

3. This Defendant has no knowledge regarding the allegations of paragraph III sufficient to either admit or deny those allegations.

4. This Defendant admits the allegations of paragraph IV.

5. This Defendant admits the allegations of paragraph V.

6. This Defendant admits that some grievances were filed concerning some of the incidents alleged in the Complaint, but he denies that those filings were sufficient to exhaust his administrative remedy as required by the Prison Litigation Reform Act (42 U.S.C. § 1997e).

7. This Defendant denies the allegations of paragraph VII, and also any and all allegations set forth on separate pages attached to the Complaint.

8. This Defendant denies the allegations of paragraph VIII, and states that an action against this Defendant for negligence does not lie.

9. Pleading affirmatively, this Defendant states that this action is barred by the doctrines of sovereign, statutory, and qualified immunity.

10. Pleading affirmatively, this Defendant states that any injuries or damages sustained by this Plaintiff were proximately caused by the conduct of Plaintiff or other persons unknown to this Defendant.

11. Pleading affirmatively, Plaintiff has failed to exhaust his administrative remedy.

12. This Defendant demands trial by jury for all issues so triable.

WHEREFORE, This Defendant, along with Defendants Maher, Session, (Dru) Reed, and Chad Westbrook prays that the Complaint, together with all amendments thereto, be dismissed; for costs, including attorney's fees; and for all other proper relief.

s/ George D. Ellis
GEORGE D. ELLIS (ARK. BAR NO. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
P.O. Box 2307
Benton, Arkansas 72018
(501) 315-1000 (telephone)
(501) 315-4222 (fax)

**CERTIFICATE OF SERVICE**

    A copy of the foregoing Separate Answer of Deputy Reed was mailed to Mr. Rodney Watson, Saline County Detention Facility, 735 Neeley Street, Benton, Arkansas 72015 on this 6th day of January, 2009.

                                        s/ George D. Ellis
                                        GEORGE D. ELLIS