In The United States District Court
Eastern District Of Arkansas
"Western Division"

Rodney Watson                                           Plaintiff
vs.                    No. 4:08-CV-02681-GTE/JTR

Mehr, Corporal K. Session,
Deputy Reed, Corporal
Westbrook, Sgt. Reed              Defendants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 13 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

"Motion For Facts"

(I,) Pro se Rodney Watson, come before this "Honorable United State's District Court Eastern District Of Arkansas, Western Division," concerning or should (I) say addressing the "Document 54" that was "Filed 1-7-09."

① Due to the fact that "Deputy Reed," "Corporal K. Session," and "Deputy Mehr" are "Officer's," without any type of "Medical Education," so therefore they should have never, ever been allow to give out (Medication) from the start because the "Doctor Orders" was given and presented to "Sgt. Reed" and "Corporal K. Session" and "Corporal Westbrook" pertaining (My) Trazdon Pill's but yet they all fail to comply to the "Doctor's Order" by "Deliberately allowing "Deputy Reed & Deputy Mehr" to give (Me) to much (medication) that could have cause (Me) "Pro se Rodney Watson," life because of

(Page #1 of #2)

"Lack of Medical Education".

② It have been Proven from the "Saline County Facility" "Grievance Procedure" that "Corporal Ki. Sessions" had Knowledge of the amount of "Trazdon" (I), Rodney Watson, Pro Se, Suppose to take but "Corporal Sessions", "Deliberately" gave (Me) "Pro Se Rodney Watson" an (over dose) of Medication. See Estell vs. Gamble because the "Honorable United States District Court Eastern District of Arkansas Western Division," acknowledge that (I), "Pro Se Rodney Watson," have demonstrated that the defendant acted with (deliberate indifference); Ervin v. Busby, 992 F.2d 147, 150 (8th Cir. 1993) (applying the deliberate indifference standard to Pretrial detainees). And due to the fact every (Party) knew that they didn't have "Medical Education", to the point where they could change the (Doctor's orders) without force Pain into (My) "Life," show & express Pure (Deliberate Indifference). See (Ervin v. Busby, 992 F.2d 147, 150 (8th Cir. 1993). (I), "Pro Se Rodney Watson," need a foul Mark copy of this Motion, Date: 1/8/09

RECEIVED MAIL ROOM JAN 13 2009 U.S. DISTRICT COURT E. DIST. OF ARKANSAS

Acknowledgement of Receipt; Rodney Watson