# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RODNEY WATSON                                                                                      PLAINTIFF

V.                                          4:08CV02681 JTR

DEPUTY CHRISTOPHER MAHER, et al.                           DEFENDANTS

## ORDER

In compliance with the Court's January 21, 2009 Order, Plaintiff has timely filed an Amended Application to Proceed *In Forma Pauperis*. *See* docket entries #57 and #59. Based upon the financial information provided by Plaintiff, it is clear that he is entitled to continue to proceed *in forma pauperis* now that he has been released from custody.

IT IS THEREFORE ORDERED THAT Plaintiff's Amended Application to *Proceed In Forma Pauperis* (docket entry #59) is GRANTED.

Dated this 3rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE