IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY WATSON                                                                                    PLAINTIFF

V.                                       4:08CV02681 JTR

CHRISTOPHER MAHER, Deputy, et al.                                              DEFENDANTS

**ORDER OF DISMISSAL[1]**

On September 17, 2008, Plaintiff Rodney Watson, who was confined in the Saline County Jail, commenced this *pro se* § 1983 action alleging that Defendants were failing to give him the proper dosages of his prescribed medications. *See* docket entries #2, #5, #7, #8, #13, and #27. Plaintiff did not specify the type of relief he sought. *Id.* Nevertheless, the Court ordered service upon Defendants, who timely filed their Answers on November 26, 2008, and January 7, 2009. *See* docket entries #20, #29, and #54.

On January 13, 2009, Plaintiff filed a Statement indicating that he had been released from custody and that he was residing at a private address in Little Rock, Arkansas. *See* docket entry #55. On January 21, 2009, the Court issued an Order directing Plaintiff to file an Amended (Freeworld) *In Forma Pauperis* Application, demonstrating whether he was still entitled to proceed *in forma pauperis. See* docket entry #57. Additionally, the Court acknowledged that Plaintiff's release from custody has rendered moot any type of injunctive relief (such as an order directing Defendants to

---

[1] On December 17, 2008, the parties consented to proceed before a United States Magistrate Judge. *See* docket entry #49.

-1-

properly administer Plaintiff's medications). *Id.* Accordingly, the Court also ordered Plaintiff to file, within thirty days, a Fifth Amended Complaint "indicating whether he wishes to continue with this action, and clarifying the relief he would like to obtain if he prevails in this action." *Id.* at 1-2. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.*

Plaintiff timely filed his Amended (Freeworld) *In Forma Pauperis* Application. *See* docket entry #59. However, he has not filed his Fifth Amended Complaint, and the time for doing so has expired. As previously mentioned, the Court cannot grant Plaintiff any type of injunctive relief because he is no longer in custody. *See Gladson v. Iowa Dept. Corrs.,* 551 F.3d 825, 835 (8th Cir. 2009) (holding that a prisoner's request for injunctive relief in a § 1983 action was rendered moot by his transfer to another correctional facility); *Smith v. Hundley*, 190 F.3d 852, 855 (8th Cir. 1999) (holding that a prisoner's requests for declaratory and injunctive relief in a § 1983 action were moot because he was no longer subject to the alleged unlawful conditions). Further, although Plaintiff has been given the opportunity to do so, he has not amended his Complaints to include a request for monetary damages.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), this § 1983 action is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's January 21, 2009 Order.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 25th day of February, 2009.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE